**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | **8:26MJ286** |
| | **1:26CR190** |
| **vs.** | |
| **WILLIAM BROWN** | |
| | **Magistrate Judge Carson** |
| **Defendant.** | |

**RULE 5 ORDER**

An Indictment and Warrant (charging document) having been filed in the District of, charging the above-named defendant with (Count 1) 18:1349 and 3551 Conspiracy to Commit Wire Fraud; (Count 2) 18:244, 2 and 3551 Bribery in Sporting Contests; (Count 3) 18:1349 and 3551 Honest Services Wire Fraud Conspiracy; and (Count 4) 18:1956(h) and 3551 Conspiracy to Commit Money Laundering and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5.   The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20.

Additionally, defendant

☒    Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document.

☒    The government did not move for detention.

☒    Was given a detention hearing in this district.

Accordingly, it is ordered that the defendant is held to answer in the prosecuting district.

☒    Defendant has been released in accordance with the provisions of the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.  The defendant is to appear before the district court of the prosecuting district at such times and places as may be ordered.  All funds, if any, deposited on behalf of this defendant with the Clerk of Court pursuant to the Bail Reform Act, shall be transferred to the prosecuting district.

**IT IS SO ORDERED.**

DATED: June 30, 2026.

s/ Ryan C. Carson
U.S. Magistrate Judge